UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 22-80119-Cr-Rosenberg/Reinhart |
| v. ) | |
| ) | |
| RANDALL LENZ ) | |

**INFORMATION**

FILED BY ___TM___ D.C.

Aug 3, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

The United States charges that:

Count One

On or about October 7, 2020, in the Southern District of Florida, RANDALL LENZ, defendant herein, a resident of Boca Raton, Florida, willfully made and subscribed and filed and caused to be filed with the Internal Revenue Service, a false U.S. Individual Income Tax Return, IRS Form 1040, for the calendar year 2019, which was verified by a written declaration that it was made under the penalties of perjury and which RANDALL LENZ did not believe to be true and correct as to every material matter. That tax return reported on Schedule A, line 12, that he was entitled to a deduction of $90,650 for gifts other than by cash or check to charity, whereas, as RANDALL LENZ then well knew, he was not entitled to a deduction in such amount.

In violation of Title 26, United States Code, Section 7206(1).

DAVID A. HUBBERT
Deputy Assistant Attorney General
Department of Justice, Tax Division

By: _/s/ Jessica Kraft_
Jessica Kraft
Parker Tobin
Casey Smith
Nicholas Schilling
Trial Attorneys
Department of Justice, Tax Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RANDALL LENZ,

_____/

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami        ☐ Key West    ☐ FTP
- ☐ FTL          ■ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No)  **No**
   List language and/or dialect: _____

4. This case will take **5** days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)
   - I   ■ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ■ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) **No**
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) **No**
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
JESSICA KRAFT
TRIAL ATTORNEY
SDFL District Court Bar No. A5502644

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: RANDALL LENZ**

**Case No:** _____

Count #: 1

Willfully Filing a False Return

26 U.S.C. § 7206(1)
* **Max. Term of Imprisonment:** 3 years' incarceration
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year of supervised release
* **Max. Fine:** up to $250,000 or twice the gross gain or gross loss resulting from the offense
* **Special Assessment:** $100
* **No statutory minimum**

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: RANDALL LENZ

$50,000 Personal Surety Bond
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
Trial Attorney: Jessica Kraft

Last Known Address: _____

What Facility: _____

Agent(s):   Special Agent Joseph Carl, IRS
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |  |
| v. | ) | Case No. |
| RANDALL LENZ, | ) |  |
|  | ) |  |
| Defendant | ) |  |

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Thomas Bever, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

**United States Magistrate Judge**
*Judge's printed name and title*